# United States District Court

DISTRICT OF ____MASSACHUSETTS____

CENTRAL STATES, SOUTHEAST AND
SOUTHWEST AREAS, HEALTH AND
WELFARE FUND

V.

SMITHKLINE BEECHAM CORPORATION AND
GLAXOSMITHKLINE, PLC

SUMMONS IN A CIVIL CASE

CASE NUMBER:

04-10817 WGY

TO: (Name and address of defendant)

GLAXOSMITHKLINE, PLC
GLAXO WELLCOME HOUSE
BERKELEY AVE.
GRENFORD, MIDDLESEX
UB6 ONN
UNITED KINGDOM

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| MICHAEL P. THORNTON, ESQ | ROBERT T. NAUMES ESQ. |
| THORNTON & NAUMES LLP | THORNTON & NAUMES LLP |
| 100 SUMMER ST., 30TH FL | 100 SUMMER ST., 30TH FL |
| BOSTON  MA  02110 | BOSTON  MA  02110 |

an answer to the complaint which is herewith served upon you, within ____twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK



4/26.04

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 7-19-04 |
| NAME OF SERVER (PRINT) ROBERT T. NAUMES | TITLE ATTORNEY |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): <u>Complaint was served Return Receipt Requested for International Mail Receipt attached</u>

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-19-04
           Date

Signature of Server  Robert T. Naumes
Thornton + Naumes LLP
100 Summer St 30th Fl Boston MA 02110
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| | | | |
|---|---|---|---|
| Reg. Fee $ | 7.50 | Special Delivery $ | |
| Handling Charge $ | | Return Receipt $ | |
| Postage $ | 4.80 | Restricted Delivery $ | |
| Received by | | | |

POSTMARK
UNIT ID: 0112
Clerk: Y3N1P0
05/28/04

Domestic Insurance is Limited To $25,000; International Indemnity Is Limited (See Reverse)

To Be Completed By Post Office

Customer Must Declare Full Value $
☐ With Postal Insurance
☐ Without Postal Insurance

FROM: Rm
Thornton + Naumes LLP
100 Summer St 30th FL
Boston MA 02110

TO: GlaxoSmithKline Inc
Glaxowellcome House
Berkeley Ave
Grenford, Middlesex UB6 0NN UK

PS Form 3806, RECEIPT FOR REGISTERED MAIL (Customer Copy)
April 1991                                    (See Information on Reverse)

| | |
|---|---|
| Item Description (Nature de l'envoi) | Registered ☐ Article (Envoi recommandé) ☒ Letter (Lettre) | Printed ☐ Matter (Imprimé) | Other ☐ (Autre) | Recorded Delivery ☐ (Envoi à livraison attestée) | Express ☐ Mail International |
| | Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | Article Number RC243771091 |
| Office of Mailing (Bureau de dépôt) | | Date of Posting (Date de dépôt) 5-28-04 |
| Addressee Name or Firm (Nom ou raison sociale du destinataire) GlaxoSmithKline Inc |
| Street and No. (Rue et No.) Glaxo Wellcome House, Berkeley Ave |
| Place and Country (Localité et pays) Greenford Middx UB6 ONN UK |

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination, or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier à l'expéditeur.)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

| Signature of Addressee (Signature du destinataire) | Office of Destination Employee Signature (Signature de l'agent du bureau du destination) | Date |

Postmark of the office of destination (Timbre du bureau de destination)

PS Form 2865, February 1997 (Reverse)