

Direct Tel: 617.728.7126
Direct Fax: 617.426.6567
matthew.porter@dechert.com

**VIA HAND DELIVERY**

BOSTON

BRUSSELS

FRANKFURT

HARRISBURG

HARTFORD

LONDON

LUXEMBOURG

NEW YORK

NEWPORT BEACH

PARIS

PHILADELPHIA

PRINCETON

SAN FRANCISCO

WASHINGTON

July 23, 2004

Marie Bell
Courtroom Clerk to the Hon. William G. Young
U.S. District Court
One Courthouse Way
Boston, MA 02210

Re:   Central States, Southeast and Southwest Areas, Health and Welfare
      Fund v. Smithkline Beecham Corp., et al.
      C.A. No. 04-10817-WGY

Dear Ms. Bell:

We noticed that an entry was made on the docket for a Summons with Return of Service as to Glaxo Smithkline Beecham PLC ("GSK"), which further indicated that GSK's answer is due on August 9, 2004. I am writing to clarify that GSK has already answered the complaint, on June 24, 2004.

If you have any questions or concerns, please give me a call at 617-728-7126. Thank you for your assistance in this matter.

Very truly yours,

Matthew A. Porter
MAP/jd

cc:   Bernard J. Bonn III

255585.1.BOSIIRTHAR_49

# Porter, Matthew

| | |
|---|---|
| **From:** | ECFnotice@mad.uscourts.gov |
| **Sent:** | Thursday, July 22, 2004 3:52 PM |
| **To:** | CourtCopy@mad.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-10817-WGY Central States Southeast and Southwest Areas Health and Welfare Fund v. SmithKline Beecham Corporation et al "Summons Returned Executed" |

```
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To
avoid later charges, download a copy of each document during this first viewing.

United States District Court
District of Massachusetts

Notice of Electronic Filing
The following transaction was received from Bell, Marie entered on 7/22/2004 at 3:52 PM
EDT and filed on 7/20/2004

Case Name: Central States Southeast and Southwest Areas Health and Welfare Fund v.
SmithKline Beecham Corporation et al
Case Number: 1:04-cv-10817 https://ecf.mad.uscourts.gov/cgi-bin/DktRpt.pl?91855

Document Number: 4
Copy the URL address on the line below into the location bar of your Web browser to view
the document: https://ecf.mad.uscourts.gov/cgi-bin/show_case_doc?4,91855,,73936156,

Docket Text:
SUMMONS Returned Executed GlaxoSmithKline PLC served on 7/19/2004, answer due 8/9/2004.
(Bell, Marie)

The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: yes
 Electronic document Stamp:
 [STAMP dcecfStamp_ID=1029851931 [Date=7/22/2004] [FileNumber=610888-0]
[41eb80d83cd07e81c7e12ad4add013173bf09dcc28908839a36296a802249dbcbd884bc4a60b0e55d619d5b6f
3bfb3700d85e5ba3cd460e80f93318979d7df76]]



1:04-cv-10817 Notice will be electronically mailed to:          rnaumes@tenlaw.com
Robert T. Naumes

                                                                matthew.porter@dechert.com
Matthew A. Porter



1:04-cv-10817 Notice will not be electronically mailed to:
Michael P. Thornton
Thornton & Naumes, LLP
100 Summer Street
30th Floor
Boston, MA 02110
```

1