UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS, HEALTH AND WELFARE FUND,<br><br>Plaintiff,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION and GLAXOSMITHKLINE PLC,<br><br>Defendants. | Civil Action No.<br>04-10817 WGY |

## NOTICE OF CHANGE OF FIRM AFFILIATION

TO:   THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that counsel for Plaintiff, MICHAEL J. FLANNERY, formerly associated with the The David Danis Law Firm, P.C., has changed his law firm affiliation. Please direct all future pleadings and correspondence to him at the address shown below and revise your Service List accordingly:

CAREY & DANIS, L.L.C.
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO  63105
Telephone: (314) 725-7700
Facsimile: (314) 721-0905

DATED: July 27, 2004

Respectfully submitted,

THORNTON & NAUMES LLP

*[signature]*

Robert T. Naumes
100 Summer Street, 30th Floor
Boston, MA 02110
Telephone: (617) 720-1333
Facsimile: (617) 720-2445

CAREY & DANIS, L.L.C.
Michael J. Flannery
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 725-7700
(314) 721-0905 facsimile

HOVDE LAW FIRM
Robert T. Dassow
10585 North Meridian Street, Suite 205
P.O. Box 40849
Indianapolis, IN 46240-0849
Telephone: (317) 818-3100
Facsimile: (317) 818-3111

***Attorneys for Plaintiff***