UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CENTRAL STATES SOUTHEAST AREAS ) <br> HEALTH AND WELFARE FUND, ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> SMITHKLINE BEECHAM CORPORATION and ) <br> GLAXOSMITHKLINE PLC, ) <br> ) <br> Defendants ) <br> ) | CIVIL ACTION NO.: <br> 04-10817-WGY |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by their respective attorneys, pursuant to Fed.R.Civ.P. 41(a), hereby stipulate and agree that the above-captioned action shall hereby be dismissed with prejudice and without costs, and all rights of appeal are hereby waived.

Respectfully submitted,

SMITHKLINE BEECHAM CORPORATION
And GLAXOSMITHKLINE PLC,

By their attorneys,

_____
Matthew A. Porter, BBO #630625
DECHERT LLP
200 Clarendon Street, 27th Floor
Boston, MA 02116
(617) 728-7100

and

Joseph A. Tate, Esq.
Christine C. Levin, Esq.
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000

9653503.1.LITIGATION

CENTRAL STATES SOUTHEAST AREA
HEALTH AND WELFARE FUND,

By its attorneys,

_____
Michael P. Thornton, BBO # 497390
Robert T. Naumes, BBO # 367660
GILMAN AND PASTOR, LLP
100 Summer Street, 30th Floor
Boston, MA 02110
(617) 720-1333

and

Michael J. Flannery, Esq.
Carey & Danis, LLC
8235 Forsyth Blvd., Suite 1100
St. Louis, MO 63105
(314) 725-7700

ENTERED AS AN ORDER OF THIS COURT THIS 23rd DAY OF JUNE, 2005


_____
(William G. Young, U.S.D.J.)

2